UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GENE M. COFFEEY,

                Plaintiff,

   -v-                                      9:14-CV-196
                                           (DNH/CFH)

HOLLENBECK, et al.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

GENE M. COFFEEY,
Plaintiff, Pro Se
34611
CNY PC
PO Box 300
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN          COLLEEN D. GALLIGAN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorneys for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

# DECISION and ORDER

      Pro se plaintiff Gene M. Coffeey brought this civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2016, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted, and the complaint be dismissed in its entirety. See ECF No. 24. Plaintiff submitted a response in which he broadly objected to the Report-Recommendation

and requested appellate review of the instant matter. See ECF No. 40. This has been construed as an objection to the substance of the entirety of the Report-Recommendation, giving rise to a de novo review.

Based upon this de novo review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1. Defendants' motion for summary judgment is **GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY**; and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

United States District Judge

Dated: February 22, 2016
       Utica, New York